UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY SHAW DEMPSEY et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | 24-CV-9389 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

　　　Plaintiffs filed this action *pro se*. ECF No. 1. By order dated December 12, 2024, the Court directed Plaintiffs to either pay the $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed in forma pauperis ("IFP"). ECF No. 4. On December 18, 2024, as indicated on the docket, the $405.00 fee was paid and processed. The Clerk of Court issued a summons as to the Defendant on the same date.

　　　Plaintiff is directed to serve the summons and complaint within ninety days of the issuance of the summons. If within those ninety days, Plaintiff has either not served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Federal Rule of Civil Procedure 4(m) for failure to timely serve or Rule 41(b) for failure to prosecute.

Dated:　January 2, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge