**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GUY C. DEMPSEY JR. and NANCY SHAW
DEMPSEY,

                             Plaintiffs,

          -against-                                              24 **CIVIL** 9389 (JGLC)

                                                           **JUDGMENT**

UNITED STATES OF AMERICA,

                            Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 11, 2026, the Court finds it lacks subject matter jurisdiction to adjudicate this case and thus GRANTS Defendant's Motion to Dismiss under Rule 12(b)(1) with prejudice and DENIES Defendant's Motion to Dismiss under Rule 12(b)(6) as moot; accordingly, the case is closed.

**Dated:** New York, New York

       February 17, 2026

                                             **TAMMI M. HELLWIG**

                                              **Clerk of Court**

                        **BY:**

                                              **Deputy Clerk**